AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maine

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

TWO UPS PARCELS ADDRESSED TO RICHARDSON REMEDIES CARIBOU, ME BEARING TRACKING # 1Z 7R2 TG9 12 2596 0936 and 1Z 7R2 TG9 12 2894 0747

Case No. 1:26-mj- 00134 -JCN

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ______________ District of Maine , there is now concealed *(identify the person or describe the property to be seized)*:

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances |

The application is based on these facts:

See affidavit in support.

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* ____________ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

STEPHEN MISEK Digitally signed by STEPHEN MISEK Date: 2026.04.17 12:43:55 -04'00'

*Applicant's signature*

SA Stephen Misek

*Printed name and title*

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Apr 20 2026

*Judge's signature*

City and state: Bangor, ME

John C Nivison U.S. Magistrate Judge

*Printed name and title*