AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
### for the
District of Maine

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

TWO UPS PARCELS ADDRESSED TO RICHARDSON REMEDIES CARIBOU, ME BEARING TRACKING # 1Z 7R2 TG9 12 2596 0936 and 1Z 7R2 TG9 12 2894 0747

) ) ) ) ) )

Case No. 1:26-mj- 00134 -JCN

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____ Maine _____ , there is now concealed *(identify the person or describe the property to be seized)*:

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances |

The application is based on these facts:
See affidavit in support.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

STEPHEN MISEK Digitally signed by STEPHEN MISEK
Date: 2026.04.17 12:43:55 -04'00'

_____
*Applicant's signature*

SA Stephen Misek

_____
*Printed name and title*

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Apr 20 2026
_____

City and state: _____ Bangor, ME _____

_____
*Judge's signature*

John C. Nivison U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:26-mj- 00134 - JCN | Date and time warrant executed:<br>4/20/26    12 p.m. | Copy of warrant and inventory left with:<br>Business - Derrell Richardson |
| Inventory made in the presence of :<br>TFO  Mike  Bickford / SA  Stephen  Misek | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

2 ups parcels (24x16x16) weighing 22 lbs each, containing:

20 vacuum sealed packages of suspected marijuana,

weighing  11.2 kg. total.

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  4/29/26

_____
Executing officer's signature

Stephen J. Misek   Special Agent - DEA
_____
Printed name and title